UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AKRAM ABDUL KARIM BERRO,

    Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

    Garnishee.
_____/

Case No. 13-mc-51237

Hon. John Corbett O'Meara

**ORDER DENYING REQUEST
TO QUASH GARNISHMENT**

    Before the court is Defendant Akram Abdul Karim Berro's request to quash the garnishment obtained by the United States for his income tax refunds. The government is attempting to collect Defendant's restitution debt in the amount of approximately $500,000. See Pl.'s Ex. A (judgment). Defendant's wife, Jamal Saadallah Berro, filed a request for hearing on Defendant's behalf, objecting that "no one sent mail or notified me . . . not in country now."

    Jamal Berro, who is not an attorney, may not file papers on behalf of or

otherwise represent Akram Berro in this matter.  See 28 U.S.C. § 1654; Smith v. Dukes, 21 Fed. Appx. 344 (6th Cir. 2001) ("[A]n individual who brings an action in federal court must either proceed pro se or have a licensed attorney.").

Moreover, Defendant has not presented a legal basis to quash the garnishment pursuant to 28 U.S.C. § 3202(d).  Accordingly, a hearing is not required.  See United States v. Miller, 588 F. Supp.2d 789, 797 (W.D. Mich. 2008) ("courts have denied a hearing where the debtor did not object based on one of the issues specified in 28 U.S.C. § 3202(d), where the objection is plainly without merit, or where the objection was simply a matter of statutory interpretation").

Therefore, IT IS HEREBY ORDERED that Defendant's request for hearing and/or to quash garnishment is DENIED.

                                                     s/John Corbett O'Meara
                                                     United States District Judge

Date:  January 30, 2014

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 30, 2014, using the ECF system and/or ordinary mail.

                                                     s/William Barkholz
                                                     Case Manager